FILED
08 OCT 10 PM 2: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

William Carley Halsey - #71090

_____/

Case No: CV 08 80200 MISC

**ORDER TO SHOW CAUSE**

It appearing that William Carley Halsey has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective July 26, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
William Carley Halsey
Attorney At Law
2424 Vista Way, #320
Oceanside, CA 92054