**FILED**

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

No CV-08-80200 MISC VRW

William Carley Halsey,

State Bar No 71090            ORDER

_____/

On October 10, 2008, the court issued an order to show cause (OSC) why William Carley Halsey should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective August 2, 2008, as inactive member of the State Bar. The OSC was mailed to Mr Halsey's address of record with the State Bar. Mr Halsey filed no response.

The California State Bar web site indicates that Mr Halsey is now on active status and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

William Carley Halsey,

_____/

Case Number: CV08-80200 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Carley Halsey
2424 Vista Way #320
Oceanside,, CA 92054

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*